U.S.A vs. **JOSEPH AGNEW**            Case No. **08-9726--01**
JUDGE: ___DWB___        DATE: ___6-4___ 200_9_

[✓] **FIRST APPEARANCE**           TIME SPENT ON 1ST APPEARANCE: __5 Min.__

Government appears by Special Assistant U.S. Attorney ~~ROBIN GRAHAM~~/ LEWIS V. KLIEM (Prosecutor).

[✓] Defendant appears in person and/or by attorney: __David Freund__   [ ] Defendant failed to appear

Defendant's age: __22__

[✓] Defendant provided a copy of the Information and supporting Statement(s)
[✓] Court has examined the Information and Statement(s) of Probable Cause and finds probable cause to permit filing of the Information
[✓] Defendant informed of the Charge(s)                [✓] Maximum penalties explained to the Defendant

    Charge    Class        Charge    Class
(1) __Theft__  __A__         (3) _____
(2) _____           (4) _____

[✓] Defendant informed of his right to remain silent and told that any statement made by the Defendant may be used against the Defendant
[✓] Defendant without counsel and requests court-appointed counsel and prepares and files his/her Financial Affidavit. The court finds Defendant is eligible for the appointment of counsel: __David Freund__
[ ] Defendant does not request counsel although right to counsel explained. Defendant further advised can request counsel at arraignment.
[✓] Arraignment set for __8-13__, 200_9_, at 10:30 a.m.   *Applying for Diversion*

**Class A Misdemeanors only:**
[✓] Defendant informed of his right to a trial by jury and right to a trial, judgment, and sentencing before a judge of the District Court

[ ] **COURT APPROVED PRETRIAL DIVERSION AGREEMENT AND ORDERS:**

Pretrial Diversion Period _____   Pretrial Diversion Fine $_____

Special Conditions _____

Defendant released: [✓] ROR       [ ] $_____ NON-SURETY    [ ] $_____ SURETY

[ ] **NOTICE TO APPEAR:**
On motion of the government a Notice to Appear is ordered directing the defendant to appear _____, 200___, at 9:00 A.M. for his/her initial appearance.

[ ] **WARRANT:**
Defendant does not appear in response to Notice to Appear dated _____, 200___. Government moves for a warrant. Motion granted and ordered that a warrant be issued for the arrest of the defendant.

Time from __Present__ to __8-13-09__ taxed to Defendant under Speedy Trial Act