11:15

U.S.A vs. **JOSEPH AGNEW**              Case No. **08-9726--01**
JUDGE: __KMH__ DATE: __8-13__ 200_9_

Status/Diversion

ARRAIGNMENT: _____ 200__      TIME SPENT ON ~~ARRAIGNMENT~~: __5 min.__

Government appears by Special Assistant U.S. Attorney ~~ROBIN GRAHAM~~/ LEWIS V. KLIEM (Prosecutor).

[X]  Defendant appears in person and/or by attorney: _David Freund_   [ ] Defendant failed to appear

[ ]  Defendant waives a reading of the Information  [ ] Information read to Defendant

[ ]  Defendant pleads:  [ ] Guilty     [ ] Not Guilty     [ ] Nolo Contendre

[X]  Defendant has filed Consent to Proceed before a Magistrate. (Class A Misdemeanor Only)

[ ]  Defendant has waived trial by jury. (Class A Misdemeanor Only)

[ ]  Defendant waives 30 days to trial.    [ ] Defendant applies for Pre Trial Diversion

Trial Set for _____ 200__, at _____.

[ ]  PSI Waived per Rule 32 (c)(1)(A)(2)  [ ]  PSI Ordered

Defendant released:  [ ] ROR    [ ] $_____ NON-SURETY    [ ] $_____ SURETY

[X] **COURT APPROVED PRETRIAL DIVERSION AGREEMENT AND ORDERS:**

Pretrial Diversion Period __1 yr.__   Pretrial Diversion Fine $_____

Special Conditions __Restitution: 1,000.00__

[ ] **NOTICE TO APPEAR:**
Case called. Defendant does not appear. Government moves for Notice to Appear. Motion granted and ordered that a Notice to Appear be issued and served on the Defendant, directing him/her to appear on _____, 200___, at 10:30 a.m. for his/her arraignment.

[ ] **WARRANT:**
Case called. Defendant does not appear in response to notice to appear dated _____, 200___. Government moves for a warrant. Motion granted and ordered that a warrant be issued for the arrest of the Defendant.

Time from _____ to _____ taxed to Defendant under Speedy Trial Act