AO 86A (Rev. 01/09) Consent to Proceed Before a Magistrate Judge in a Misdemeanor Case

# United States District Court
for the
District Of Kansas

| | |
|---|---|
| United States of America<br>v.<br><br>JOSEPH AGNEW<br>*Defendant* | Case No:   08-9726--01 |

### CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

*[signature]*
*Defendant's signature*

---

**Waiver of a Right to Trial by Jury**

I waive my right to a jury trial.

*Defendant's signature*

The United States consents to the jury-trial waiver: _____
*Government representative's signature*

_____
*Government representative's printed name and title*

---

**Waiver of a Right to Have 30 Days to Prepare for Trial**

I waive my right to have at least 30 days to prepare for trial.

*Defendant's signature*

*[signature]*
*Printed name of defendant's attorney (if any)*         *Signature of defendant's attorney (if any)*

Date: 8/13/09          Approved by: *[signature] Karen M. Humphrey*
                                    *Magistrate Judge's signature*