IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

JOSEPH AGNEW

CASE NO. 08-9726-M-01

## MOTION

    Plaintiff, the United States of America, by and through LEWIS V. KLIEM, Special Assistant United States Attorney, for the District of Kansas, and the defendant, JOSEPH AGNEW, and through his attorney, DAVID FREUND, jointly move the court for an order approving deferred prosecution, as contemplated by 18 U.S.C. 3161 (h) (2), during the period ending on the 12th day of August 2010.

    In support of this motion, parties state that on the 13th day of August 2009, an Agreement for Pretrial Diversion was executed by the parties, in which the United States agreed to defer prosecution of the offenses charged in the Information for a period of twelve months from the date of this agreement, and the defendant voluntarily, and with the advice of his counsel, consented to such deferred prosecution and waived any defense to prosecution on the grounds that a speedy trial had been denied.

_____
LEWIS V. KLIEM
Special Assistant U.S. Attorney

_____
DAVID FREUND
Attorney for Defendant