IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA

VS.

JOSEPH AGNEW

CASE NO. 08-9726-M-01

### ORDER

On this 13th day of August 2009, the Court having read and considered the joint motion of the parties filed herein to approve deferred prosecution during the period ending on the 12th day of August 2010 and good cause appearing therefore,

IT IS HEREBY ORDERED that deferred prosecution is approved and that this matter be stricken from the Court's trial docket until further order. In addition to other terms specified in the motion, the defendant shall make full restitution in the amount of $1000.00 ~~and complete the on-line shoplifting course.~~

/s/ Karen M. Humphreys
HONORABLE KAREN HUMPHREYS
U.S. Magistrate Judge

APPROVED:

LANNY D. WELCH
United States Attorney

LEWIS V. KLIEM
Special Assistant U.S. Attorney

DAVID FREUND
Attorney for Defendant