**U.S.A vs. JOSEPH AGNEW**          Case No. **08-9726--01**
**JUDGE:** _Humphreys_          **DATE:** _August 5_ 2010

Government appears by Special Assistant U.S. Attorney ROBIN GRAHAM/ ~~LEWIS V. KLEIN~~ MATTHEW RUSCH (Prosecutor).

[ ] Defendant appears in person and/or by attorney: _____      [ ] Defendant failed to appear.

**[ ] CASE FOR HEARING ON : MOTION      TIME SPENT ON MOTION** _____

[ ] Motion To Suppress     [ ] Motion To Revoke
[ ] Motion: _____

Action Taken: _____

**[X] CASE ON FOR STATUS CONFERENCE    TIME SPENT ON STATUS CONFERENCE:** _1 min_

Defendant fined $ _____ on _____, 200___, and was directed to pay the
fine as follows:

    $ _____ No later than/on _____
    $ _____ No later than/on _____
    $ _____ No later than/on _____
    $ _____ No later than/on _____

The clerk reports that as of _____, Defendant has paid a total of $ _____ on the fine.

Action Taken: _____

**NOTES:** _Paid in full_ _____
_____
_____
_____

**[ ] COURT APPROVED PRETRIAL DIVERSION AGREEMENT AND ORDERS:**

Pretrial Diversion Period _____ Pretrial Diversion Fine $_____

Special Conditions _____

**[ ] NOTICE TO APPEAR:**
On motion of the government a Notice to Appear is ordered directing the defendant to appear _____,
200___, at 11:00 a.m. for hearing on his/her motion or status conference.

**[ ] WARRANT:**
Defendant does not appear in response to Notice to Appear dated _____, 200___. Government moves for
a warrant. Motion granted and ordered that a warrant be issued for the arrest of the defendant.

Time from _____ to _____ taxed to Defendant under Speedy Trial Act