IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS. | CASE NO: 08-9726-M-01 |
| JOSEPH AGNEW | |

## MOTION TO DISMISS

The United States of America, by and through MATTHEW RUSCH Special Assistant United States Attorney, for the District of Kansas, hereby moves this court to dismiss the above captioned case with prejudice towards its re-filing.

*/s/ Matthew C. Rusch*
MATTHEW RUSCH
Special Assistant U.S. Attorney